1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830

7 | Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00014 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER DOCUMENTING |
| | ) | EXCLUSION OF TIME |
| ROBERT SCHENK, | ) | |
| | ) | |
| Defendant. | ) | |

   With the agreement of the parties in open court on March 9, 2011, and with the consent of the defendant Robert Schenk ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 9, 2011, to March 11, 2011. The Court finds and holds, as follows:

   1.   The defendant appeared before the Court on March 9, 2011, for identification of counsel and a hearing on the United States' detention motion.

   2.   At the appearance on March 9, 2011, the parties informed the Court that the defendant's next appearance would be on March 11, 2011, before the Honorable Susan Illston. Before that date, the government will produce to the defendant discovery related to the charges in this case. Counsel for the defendant needs time to review that discovery and to investigate the case.

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 11-00014 SI

1      3.      The Court finds that, taking into the account the public interest in the
2 prompt disposition of criminal cases, granting the continuance until March 11, 2011, is
3 necessary for effective preparation of defense counsel. See 18 U.S.C.
4 § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice
5 served by excluding the period from March 9, 2011, to March 11, 2011, outweigh the best
6 interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).
7      4.      Accordingly, and with the consent of the defendant, the Court orders that
8 the period from March 9, 2011, to March 11, 2011, be excluded from Speedy Trial Act
9 calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).
10 SO STIPULATED.
11 DATED: March 10, 2011              MELINDA HAAG
                                      United States Attorney
12
13                                    _____/s/_____
                                      KYLE F. WALDINGER
14                                    Assistant United States Attorney
15
16 DATED: March 10, 2011              _____/s/_____
                                      LOREN STEWART
17                                    Counsel for the defendant ROBERT SCHENK
18
   IT IS SO ORDERED.
19
20
   DATED: March __11__, 2011
21                                    _____
                                      JOSEPH C. SPERO
22                                    United States Magistrate Judge
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 11-00014 SI                          -2-