MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>      Plaintiff,                                  )<br>                                                              )<br>  v.                                                     )<br>                                                              )<br>ROBERT SCHENK,                                )<br>                                                              )<br>      Defendant.                               )<br>_____) | No.  CR 11-00014 SI<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER DOCUMENTING<br>EXCLUSION OF TIME |

       With the agreement of the parties in open court on March 9, 2011, and with the consent of the defendant Robert Schenk ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 9, 2011, to March 11, 2011.  The Court finds and holds, as follows:

       1.      The defendant appeared before the Court on March 9, 2011, for identification of counsel and a hearing on the United States' detention motion.

       2.      At the appearance on March 9, 2011, the parties informed the Court that the defendant's next appearance would be on March 11, 2011, before the Honorable Susan Illston.  Before that date, the government will produce to the defendant discovery related to the charges in this case.  Counsel for the defendant needs time to review that discovery and to investigate the case.

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME
CR 11-00014 SI

1        3.       The Court finds that, taking into the account the public interest in the
2 prompt disposition of criminal cases, granting the continuance until March 11, 2011, is
3 necessary for effective preparation of defense counsel. See 18 U.S.C.
4 § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice
5 served by excluding the period from March 9, 2011, to March 11, 2011, outweigh the best
6 interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).
7        4.       Accordingly, and with the consent of the defendant, the Court orders that
8 the period from March 9, 2011, to March 11, 2011, be excluded from Speedy Trial Act
9 calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).
10 SO STIPULATED.

11 DATED: March 10, 2011            MELINDA HAAG
                                    United States Attorney

13                                  _____/s/_____
                                    KYLE F. WALDINGER
14                                  Assistant United States Attorney

16 DATED: March 10, 2011            _____/s/_____
                                    LOREN STEWART
17                                  Counsel for the defendant ROBERT SCHENK

18
    IT IS SO ORDERED.
19

20
    DATED: March __11__, 2011        _____
21                                   JOSEPH C. SPERO
                                     United States Magistrate Judge
22

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 11-00014 SI                              -2-